373 S.E.2d 430 (1988)
323 N.C. 473
Debra Anne KARP
v.
UNIVERSITY OF NORTH CAROLINA.
No. 80PA88.
Supreme Court of North Carolina.
November 3, 1988.
Coleman, Bernholz, Dickerson, Bernholz, Gledhill & Hargrave by G. Nicholas Herman, Chapel Hill, for plaintiff-appellee.
Lacy H. Thornburg, Atty. Gen. by Steve Nimocks, Sp. Deputy Att. Gen. and Victor H.E. Morgan, Asst. Atty. Gen., Raleigh, for defendant-appellant.
PER CURIAM.
AFFIRMED.